Ellen Whalen, Appellant, v. Kathryn F. Cassanese, Formerly Known as Kathryn F. Haggerty and Helen A. Haggerty, Respondents.— Order granting

defendants' motion to dismiss complaint for fiailure to prosecute, and order denying motion for reargument, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.